# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D23-1682
LT Case No. 2015-CF-9162

_____

Daniel C. Dickerson,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Daniel C. Dickerson, Punta Gorda, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

November 21, 2023

Per Curiam.

    Affirmed.

Edwards, C.J., Lambert, and Kilbane, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____